FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 PM 4: 10

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>RICHARD JAMES MCKINNON,<br><br>Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>DEFENDANT'S MOTION FOR TWO WEEK EXTENSION OF TIME TO FILE MOTIONS |

Defendant, Richard James McKinnon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an additional two weeks to file pretrial motions, now due on December 8. The new due date would be December 22. The trial currently is set for January 25, 2005. This is Mr. McKinnon's first request for an extension.

This motion is made for the reason that discovery is on-going and is voluminous. As of yesterday, December 7, Mr. McKinnon received approximately 16 CDs, one DVD, and one VHS videotape of tape-recorded material. It is quite likely, given the number of defendants (eleven) in this case and the volume of discovery, the

81

trial will be moved. The requested two weeks will not be sufficient to review discovery received to date, but is requested in the event the trial date is not moved.

Assistant United States Attorney Collins could not be reached for his position on this motion.

DATED this 8th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender

Certification:

I certify that on December 8, 2005, I hand delivered a copy of this document to:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

Lenora L. Roehling

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0108-05 CR (JWS) |
| vs. | AFFIDAVIT OF COUNSEL |
| RICHARD JAMES MCKINNON, | |
| Defendant. | |

      Michael Dieni, being first duly sworn upon oath, deposes and states:

      1.    I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED and SWORN to before me this 8th day of December, 2005.


_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2