UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>    Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>ORDER EXTENDING PRETRIAL<br>MOTIONS DEADLINE |

After due consideration of Defendant's Motion for Two Week Extension of Time to File Motions, the motion is GRANTED/~~DENIED~~. Pretrial motions in this matter shall be due on or before December 22, 2005.

DATED this 9th day of December, 2005 in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. Magistrate Judge

A05-0108--CR (JWS)      pm 12/12/05
✓ M. DIEMI (FPD)
✓ J. COLLINS (US ATTY)

87