Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant



DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

             Plaintiff,

     vs.

RICHARD JAMES MCKINNON,

             Defendant.

Case No. A05-0108-05 CR (JWS)

MOTION FOR BAIL HEARING, *filed
on shortened time*

Defendant, Richard James McKinnon, by and through counsel Michael Dieni,

Assistant Federal Defender, moves this court for a bail hearing.  Mr. McKinnon requests

that the matter be set for Thursday, December 15, 2005.  This date is requested due to the

limitations of the work schedule of one of two proposed third party custodians.

Mr. McKinnon requests release to combined 24-third party custody of two

individuals.  At a bail hearing Mr. McKinnon will establish that he has virtually no criminal

record and strong ties to the community.  The proposed release plan will provide around

the clock supervision, potential electronic monitoring and drug testing.

92

The proposed third party custody paperwork will be supplied to pretrial services on this date.

DATED this 12ᵗʰ day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender

Certification:

I certify that on December 12, 2005, I hand delivered a copy of this document to:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

Lenora L. Roehling