FILED
DEC 1 3 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    CARLOS LIKEE RAINEY, et al.

THE HONORABLE JOHN W. SEDWICK    CASE NO.    A05-0108 CR (JWS)

Deputy Clerk                     Official Recorder

Pam Richter                      _____

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Plaintiff's motion at docket 82 for a conference to consider setting a different trial date is **GRANTED**. The court will conduct a trial setting conference at 8:30 AM on Wednesday, December 21, 2005. At the conference, each party will be expected to advise the court of the earliest date by which, taking into account due diligence, such party can be prepared for trial and why.

DATE: December 13, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

PR ✓ 12/13/05 t/c notice to cnsl, USM, USPO

A05-0108--CR (JWS) 12-13-05
✓ H. WALKER JR
✓ D. DATTAN (DATTAN)
✓ T. WONNELL (WONNELL)

✓ M. ROSENBAUM
✓ M. DIENI (FPD)
✓ S. STERLING (STERLING)    PR
✓ L. WELLS
✓ J. PHARR

✓ R. MENDEZ
✓ S. COLLINS (US ATTY)
✓ US MARSHAL
✓ US PROBATION

95