FILED
DEC 13 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>    Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>ORDER |

After due consideration of defendant's request for a bail hearing, filed on shortened time, it is hereby ordered that the motion is granted. A hearing to consider the defendant's release plan is set for December 15, 2005 at __2:30__ a.m./p.m.

DATED this __13__ day of __Dec__, 2005 in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

cnsl uspo tlc notlfied  12/13/05

A05-0108--CR (JWS)
-------------------
✓M. DIEMI (FPD)
✓S. COLLINS (US ATTY)
✓US MARSHAL

✓US PROBATION
on  12/13/05

96