Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 19 AM 10: 59

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>　　　　　　　Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>MOTION FOR SHORTENED TIME CONSIDERATION OF BAIL APPEAL |

Defendant, Richard James McKinnon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for consideration of his bail appeal on shortened time. The issue is simple. Mr. McKinnon requests a hearing at which he will present two witnesses in support of his release plan as set forth in his bail appeal. Both witnesses can be available to appear for a hearing on any Tuesday, Wednesday or Thursday. The hearing should last less than one hour.

DATED this 19th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael Dieni
Michael Dieni
Assistant Federal Defender



Certification:

I certify that on Dec. 19, 2005, I hand delivered a copy of this motion for shortened time consideration of bail review:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

*Lenora L. Roehling* (signature)
Lenora L. Roehling