Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 4: 10

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0108-05 CR (JWS) |
| vs. | MOTION TO RESET BAIL |
| RICHARD JAMES MCKINNON, | HEARING, *filed on shortened time* |
| Defendant. | |

Defendant, Richard James McKinnon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order resetting the bail hearing now set for Wednesday, December 21, 2005 to a date the following week. If convenient to the court, Mr. McKinnon requests a hearing date on December 28, 2005. This motion is filed because an essential witness, Laurie Butcher, is now, unexpectedly, out of town and unavailable due to the sudden death of her father (Mr. McKinnon's grandfather).

DATED this 20th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Michael Dieni
Assistant Federal Defender

Certification:

I certify that on _December 20_, 2005, I hand delivered a copy of this document to:

Stephan A. Collins, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9 Rm 253
Anchorage, AK  99513-7567

_Carolyn Mueller_
Lenora L. Roehling

Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>                    Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>AFFIDAVIT OF COUNSEL |

   Michael Dieni, being first duly sworn upon oath, deposes and states:

   1. I am the attorney appointed to represent defendant in the above-captioned case.

///

///

///

///

///

2. All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael Dieni

SUBSCRIBED and SWORN to before me this 20th day of December, 2005.

_____
Notary Public in and for Alaska
My Commission Expires: ~~3/14/2007~~ 12/20/2008

2