

DEC 2 0 2005
FILED

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

RICHARD JAMES MCKINNON,

        Defendant.

Case No. A05-0108-05 CR (JWS)

ORDER *

After due consideration of defendant's motion to reset bail hearing, for good cause shown, the motion is granted. The December 21, 2005 bail review is vacated and reset for December _28_, 2005 at _1:30_ a./p.m.

DATED this _21_ day of _Dec_, 2005 in Anchorage, Alaska.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

cnsl, usm, uspo tlc notiFled   12/21/05

A05-0108--CR (JWS)    US PROBATION    om  12-21-05
------------------------
M. DIENI (FPD)
S. COLLINS (US ATTY)
US MARSHAL

127