

## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. RICHARD JAMES McKINNON

Case No. *A05-108-05 CR (JWS)*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

---

### MINUTE ORDER FROM CHAMBERS

### RE: Bail Hearing Rescheduling

Due to a rescheduling of the Court's calendar the bail review hearing on the above named defendant shall be held before the Hon. Terrance W. Hall, U.S. Magistrate Judge at 1:30 p.m. this date (December 28, 2005) in Courtroom No. 5 at 1:30 p.m. The clerk shall give immediate telephonic notice regarding entry of this chamber order.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 28, 2005

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2005\2005 CR\A05-108-05 CR (JWS) McKinnon MO Re Bail Hrg B4 MJ Hall.wpd

✓ 12/28/05 t/c notice: S. Collins, M. Dieni, USM, USPO
1:15 pm

A05-0108--CR (JWS)   12-28-05
-------------------------------------------------
✓ M. DIENI (FPD)
✓ S. COLLINS (US ATTY)
✓ US MARSHAL
✓ US PROBATION

140