Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RICHARD JAMES MCKINNON,<br><br>　　　　　　　Defendant. | Case No. A05-0108-05 CR (JWS)<br><br>RICHARD MCKINNON'S RESPONSE TO ORDER REGARDING PREPARATION OF SCHEDULING AND PLANNING CALENDAR |

　　　　Defendant, Richard James McKinnon, by and through counsel Michael Dieni, Assistant Federal Defender, submits the following suggested schedule.

　　　　•　　All Pretrial motions, March 1, 2005.

　　　　•　　Government's response, April 1, 2005

　　　　•　　Replies, April 10, 2005.

　　　　Counsel for Mr. McKinnon will be unavailable during the week of May 29, 2006, for hearings.  Mr. McKinnon expresses no opinion as to the remainder of the issues.

DATED this 9th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 9, 2006, a copy of the
foregoing document was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni