Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>        Defendant. | Case No. 3:05-cr-0108-JWS<br><br>MOTION FOR HEARING TO CONSIDER CHANGE OF PLEA, *filed on shortened time* |

Defendant, Richard James McKinnon, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for a hearing to consider a change of plea pursuant to a plea agreement.  If possible, Mr. McKinnon requests a hearing during the week of May 22, 2006.  Counsel for Mr. McKinnon is scheduled to be out of district the week of May 30, 2006.

DATED this 23rd day of May, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on January 9, 2006, a copy of the
foregoing document was served electronically on:

Stephan A. Collins, Esq.

/s/ Michael D. Dieni