UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RICHARD JAMES MCKINNON,<br><br>        Defendant. | Case No. 3:05-cr-0108-JWS<br><br>ORDER SCHEDULING HEARING |

       After due consideration of defendant's motion on shortened time, the motion is GRANTED.

       After due consideration of defendant's request for a hearing to consider a change of plea, the hearing is set for _____, 2006, at _____ a.m./p.m.

       DATED this ____ day of _____, 2006, in Anchorage, Alaska.


                                       _____
                                       JOHN W. SEDWICK
                                       U.S. DISTRICT JUDGE