# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   RICHARD JAMES MCKINNON

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                CASE NO.  3:05-cr-00108-05-JWS

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 24, 2006

  The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick, at Anchorage, Alaska.  This matter is now RESCHEDULED for a proposed change of plea on Friday, May 26, 2006, at 1:30 p.m..

  The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are vacated.

[]{IK2.WPD*Rev.12/96}