NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case 3:05-CR-00108-5-JWS |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | <u>UNITED STATES SENTENCING</u> |
| RICHARD McKINNON, ) | <u>MEMORANDUM</u> |
| ) | |
| Defendant. ) | |
| ) | |

## SUMMARY OF SENTENCING RECOMMENDATIONS

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . **108 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **4 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** ............................. $100.00

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of conspiracy, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B). The USPO has recommended the Court find the defendant responsible for 194.7 grams of actual methamphetamine, that the defendant's total adjusted offense level for the count of conviction to be 29 (this is believed to be a transcription error because the base offense level for at least 150 grams but less than 500 grams of actual methamphetamine is 34, the USPO has stated it is 32) and that, with the defendant's criminal history category classification of I, the defendant's sentence range to be between 87 and 108 months of imprisonment. With the correct starting base offense level of 34, the total adjusted offense level should be 31, and with a criminal history category of I, the defendant's advisory guideline sentence range would be between 108 and 135 months of imprisonment.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. If necessary, the United States is prepared to present evidence to support the information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 108 months of imprisonment, a special assessment of $100.00, and a term of four years supervised release. The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine.

If the defendant satisfies the United States that he has fulfilled the requirements of U.S.S.G. § 5C1.2, the United States will recommend the Court apply the two level downward adjustment contained in U.S.S.G. § 2D1.1(b)(7) to the defendant's guideline calculation. If the Court finds the downward adjustment to be applicable, then the defendant's advisory guideline range would be between 87 and 108 months imprisonment. In that case, the United States would

recommend a sentence of 87 months imprisonment.

RESPECTFULLY SUBMITTED this day, October 2, 2006, in

Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006
a copy of the foregoing was served
electronically:

s/ Stephan A. Collins