```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>RICHARD JAMES MCKINNON</u>   CASE NO. <u>3:05-cr-00108-05-JWS</u>
Defendant:  <u>X </u>Present  <u>X </u>In Custody

BEFORE THE HONORABLE:         <u>JOHN W. SEDWICK                     </u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER                       </u>

UNITED STATES' ATTORNEY:       <u>STEPHAN COLLINS                    </u>

DEFENDANT'S ATTORNEY:          <u>MICHAEL DIENI                      </u>

U.S.P.O.:                      <u>BARBARA BURTON                     </u>

PROCEEDINGS: IMPOSITION OF SENTENCE HELD OCTOBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:51 a.m. court convened.

<u>X </u>Notice of Appeal form given to defendant.

<u>X </u>Court stated findings/reasons pursuant to sentencing
   guidelines.

<u>X </u>Imprisonment for a period of <u>84 months on count 1 of the   </u>
   <u>Indictment.                                                </u>

<u>X </u>Defendant placed on supervised release for a period of <u> 5 </u>
   years under the usual terms and conditions with special
   conditions of supervised release as stated in the judgment.

<u>X </u>Special Assessment $<u>100.00 </u>, due <u>immediately.              </u>

<u>X </u>Defendant remanded to the custody of the U.S. Marshal.

<u>X </u>On motion of the U.S. Attorney, remaining counts <u>2, 3, and 4 </u>
   of the Indictment **DISMISSED.**

<u>X </u>OTHER:<u> Court and counsel heard re presentence report; court </u>
<u>adopted all but paragraph 77 of the presentence report. Court  </u>
<u>recommended that the defendant participate in the 500 hour drug</u>
<u>and alcohol program and that the defendant serve his time at the</u>
<u>Facility located in Sheridan, Oregon. Appeal rights given.     </u>
<u>Payment Coupon given to defendant.                             </u>

At 9:43 a.m. court adjourned.

DATE:     <u>October 6, 2006      </u>  DEPUTY CLERK'S INITIALS:<u>     ak    </u>